**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| ANGEL AVILA-MONTOYA, | § | |
|     Movant, | § | |
| | § | |
| v. | § | Civil Action No. 1:16-cv-00168 |
| | § | (Criminal Action 1:15-cr-103-1) |
| UNITED STATES OF AMERICA, | § | |
|     Respondent. | § | |

## ORDER ADOPTING MAGISTRATE
## JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the "Magistrate Judge's Report and Recommendation" (hereafter "R&R") (Docket No. 5). The R&R recommends dismissing Angel Avila-Montoya's "Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody" (Docket No. 1). No Objections have been filed. After a de novo review of the file, the R&R is **ADOPTED**.

It is therefore **ORDERED, ADJUDGED**, and **DECREED** that Avila-Montoya's "Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody" (Docket No. 1) is **DISMISSED** with prejudice pursuant to Rule 4(b) of the Rules Governing § 2255 Proceedings for the United States District Courts. A certificate of appealability shall not issue.

The Clerk is **ORDERED** to close this case.

Signed on this 15th day of June, 2017.

Rolando Olvera
United States District Judge